12826. APREA *v.* OGLETHORPE SAVINGS AND TRUST COMPANY.

HILL, J. 1. Knowledge of the consideration of a note is not notice that the consideration has failed, if it has failed; and one who buys the note bona fide, for value and before maturity, is not bound to inquire whether there was a failure of consideration. *Citizens Bank of Vidalia* v. *Greene,* 12 *Ga. App.* 49 (3) (76 S. E. 795).

2. Where, therefore, the defense set up in the plea did not come within any of the provisions of § 4286 of the Civil Code (1910), the court did not err in striking it. *Benton Transfer Co.* v. *Marion Nat. Bank,* 26 *Ga. App.* 562 (106 S. E. 735).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MARCH 20, 1922.

Complaint; from city court of Savannah — Judge Freeman. August 6, 1921.

*Oliver & Oliver,* for plaintiff in error.

*George H. Richter,* contra.